HERMANN F. M. MUTZENBECHER et al., Copartners, under the Firm Name of MUTZENBECHER & Co., Appellants, v. SUMNER BALLARD, Respondent.

(Argued January 17, 1935; decided February 26, 1935.)

*Nathan Ottinger* for appellants.

*John M. Harlan* and *Joseph Schreiber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.